```
1  FRANK E. MAYO/State Bar #42972
   4962 El Camino Real, Suite 104
2  Los Altos, CA 94022

3  (650) 964-8901

4  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT/SAN JOSE

| | |
|---|---|
| CHRISTOPHER KANE, | No. |
| Plaintiff, | |
| Vs. | **COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** |
| CIGNA CORPORATION DBA CIGNA INSURANCE GROUP AND LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

COMES NOW Plaintiff and makes complaint against Defendants and for causes of action alleges as follows.

COUNT I

1. Plaintiff's claims arise under the Employee Retirement and Income Security Act of 1974 ERISA 29 USC § 1001 et. seq. conferring jurisdiction on this court.

2. Venue is properly in this District under 28 USC 1391 in that a substantial part of the events giving rise to Plaintiff's claims occurred within in the County of Santa Clara.

COMPLAINT FOR DECLARATORY RELIEF        1

3. On or about October 31, 2013 Plaintiff commenced employment as a software engineer with Apple Computer in the City of Cupertino, County of Santa Clara, State of California.

4. At the time Plaintiff's employment with Apple Computer Inc. commenced, Apple Computer maintained employee benefit plans which included short term and long term disability plans.

5. The short term disability plan was neither funded nor administered by Defendant, Cigna Insurance Group, (Cigna) or Defrendant Life Insurance Comppany of North America.

6. This short terem disability plan provided disability indemnity amounting up to 70% of the disability plan particants base salary ($128,000 per year) for a period of up to one year if the participant suffered a disability resulting from sickness or an accident and was unable to perform all the material duties of the particpant's respective regular occupation or was unable ot earn 70% of his or her pre-disability income.

7. The Long Term disability plan funded by Insurance Company of North America and Adminstered by its parent corporation Cigna provided continued disability indemnity of 70% Apple Computer Employees/Plan Particpants regular rate of pay for one addional year, if their sickness, accident or disability extended beyond a one year period and the long term plan particpant lacked the ability to perfrom all the material duties of his regular occupation.

8. This plan further provided the plan participant would continue to received disability payment after one year of disabiity indemnity provided by the long term disiability plan

COMPLAINT FOR DECLARATORY RELIEF  2

the partipant be unable to perform the material duties of any occupation or unable to earn 70% of the partipant's pre injury regualar rate of pay.

9. At all times herein mentioned Planiitff was a participant in the above described Apple short and long term disability plans.

10. There is a unity of interest between Cigna and Insuance Company of North America. Because Insurance Company of North America is a subsidiary of Cigna and Cigna has the power and ability to control the profits of its subsidiary Insurance Company of North America in its administration of disability plans funded by Insurance Company of North America.

11. Therefore Cigna is in actuality both the funder and administrator of Apple's long term disability plan and this court in determining the claims of Planiitff as herein alleged should not review the decision of Cigna in denying Plaintiff's claim for an abuse of discretion but should review the decision de novo.

12. On or about June 1, 2015, Plainitff became disabled as a result of post traumatic stress resulting from his Iraq War involvement. This disability precluded him from performing all of the material duties of his regular occupation during the period starting June 1, 2015 to the date of this complaint and will continue to preclude him from performing the regular duties of his occupation to a date in the future, which has not yet been ascertained.

13. Plainitff's post tramautic stress precludes Planitff from working in an office enviroment where there is noise or group discussions, human interaction and pedestrian traffic in the work

COMPLAINT FOR DECLARATORY RELIEF                    3

place, all of which exited at the work station and location Apple assigned him to work.

14. On or about June 2, 2015 Planitff applied for and was granted short term disability indemnity pursuant to the terms of Apple's Short Term Disabitlity Plan because of his inability to perform all the material duties of his regular postion at Apple.

15  Pursuant to Apple's short term diability plan, Plaintiff was paid disability indemnity by Apple's short term disability plan through June 15, 2016.

16. On or about June 22, 2016, Plaintff because of his continuing Post Traumatic Stress Disablity which precluded him from perforoming all of the regular duties reqluired by his postion at Apple, made claim on Defendant Cigna Group Insurance for long term disability indemnity commencing June 22, 2016.

17. On or about August 1, 2016 Defendant Cigna Group Insurance Acting as agent for Insurance Company of North America denied Plaintiff's claim for disability indemnity pursuant to the Long Term Disability Plan funded by Insurance Company of North America and has continued to deny Plaintiff's claim despite Planitff's continued disability and resultant inability to perform the material duties of his regular occupation or earn 70% of his pre disability income.

18. Planitff has exhausted all adminsistrative remedies required before the initiation of this action by appealing the administrative decisions made by Cigna, which appeal was denied.

19. Plaintiff contends he is disabled within the meaning of said policy provision of the long term disability policy issued by

COMPLAINT FOR DECLARATORY RELIEF          4

1  Insurance Company of North America and that he is entitled to the
2  payment accrued and unpaid disability indemnity and disability
3  indemnity that will accrue in the future.
4      20.  Under the circumstances, a declaration of rights of Planitff
5  and Insurance Company of North America as well as Cigna Group
6  Insurance is proper, necessary and appropriate.
7      WHEREFORE Plaintiff prays Judgment against Defendants and
8  each of them as follows:
9      This Court conduct a de novo review of the administrative
10 record of Plaintiff's claim, enter an Order declaring Plaintiff
11 is unable to perform the duties of any occupation for which the participant
12 is qualified or reasonably may become qualified through training, education or
13 experience and is therefore disabled within the terms of the policy issued by
14 Plaintiff's employer.
15     And that Plaintiff be awarded attorney fees, cost of suit and such other
   and further relief as this court may deem just and proper.
16 Dated:    December 29, 2016

           _Frank E. Mayo_
           Frank E. Mayo, Attorney for
           Plaintiff

COMPLAINT FOR DECLARATORY RELIEF          5