FRANK E. MAYO / State Bar #42972
4962 El Camino Real, Suite 104
Los Altos, CA 94022
(650) 964-8901
*Attorney for Plaintiff*
*Christopher Kane*

Daniel W. Maguire (SBN 120002)
E-mail:  dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600     Fax:  213.236.2700
*Attorneys for Defendant*
*Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KANE,<br><br>           Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION DBA CIGNA INSURANCE GROUP AND LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>           Defendants. | Case No.  5:17-cv-00010-BLF<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Christopher Kane and Defendant Life Insurance Company of North America, through their respective counsel of record, hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice as to all parties.  Each party is to bear her or its own attorneys' fees and costs.

///

///

///

1  IT IS SO STIPULATED.

2  Dated: March 21, 2017                          By: */s/ Frank E. Mayo*
                                                     *[As authorized on March 21, 2017]*
3                                                    Frank E. Mayo
                                                     Attorney for Plaintiff
4                                                    Christopher Kane

5

6  Dated: March 21, 2017                          BURKE, WILLIAMS & SORENSEN, LLP

7                                                 By: */s/ Keiko J. Kojima*
                                                     Daniel W. Maguire
8                                                    Keiko J. Kojima
                                                     Attorneys for Defendant
9                                                    Life Insurance Company of North America

10

11                                  **ORDER**

12     Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY

13  ORDERED that this action is dismissed in its entirety with prejudice.  The parties will bear their

14  own respective attorneys' fees and costs.

15     IT IS SO ORDERED.

16  Dated:                                         By: _____
                                                     Honorable Beth Labson Freeman
17                                                   United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-5498-7077 v1                - 2 -           STIPULATION AND (PROPOSED) ORDER FOR
                                                         DISMISSAL WITH PREJUDICE